PER CURIAM. As the evidence now stands, the plaintiff's assignor was injured by a piece of concrete which fell down the shaft, due to the negligence of the defendant through the carelessness of his employees; and due to the neglect of the defendant in failing to perform his non-delegable duty to protect the workmen by a suitable guard in the shaft. There is no proof of contributory negligence on the part of the injured workman. The verdict for the defendant was, therefore, against the weight of the evidence. The judgment and order should be reversed and a new trial granted.—Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur. Judgment and order reversed on the law and the facts, and new trial granted, with costs to the appellant to abide the event.

CHARLES NOBLE, Plaintiff, v. ECHO LAKE TAVERN, INC., Respondent, Impleaded with SAMUEL GARLEN and Another, Appellants.

PER CURIAM. The court on appeal from this and a previous order has not attempted to construe the deeds or to determine the issues. All questions at issue under the pleadings are left for the trial court. Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ., concur. Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Claim of ALBERT WEDEMEIER, Respondent, against MAVIS BOTTLING COMPANY, Impleaded with UNITED STATES CASUALTY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion to amend notice of appeal so as to include the employer as a respondent granted, provided, however, that service of the order to be entered hereon and of the amended notice of appeal shall be made on the employer and its attorney within ten days after such entry. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of COMMISSIONER OF TAXATION AND FINANCE on Account of Death of JOHN PARADISE, Respondent, against HOWARD R. COX and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, with ten dollars costs to the State Industrial Board, unless the appellants perfect appeal and file and serve record and briefs on or before October fifteenth, and are ready for argument at the November compensation term, and pay said costs, in which event motion is denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of HENRY R. GROO, Respondent, against SOLOMON GRUNFELD and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, with ten dollars costs to the State Industrial Board, unless appellants perfect appeal and file and serve record and briefs on or before October fifteenth, and are ready for argument at the November compensation term, and pay said costs, in which event motion is denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of KATE CARDILLO, Respondent, against NEW YORK RAILWAYS COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—